IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00548-RPM-MEH.

HOME DEPOT U.S.A., INC., a Delaware corporation,

                Plaintiff,

v.

TRAER CREEK, LLC, a Colorado limited liability company,

                Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Notice of Dismissal with Prejudice, filed by Plaintiff Home Depot U.S.A., Inc., this lawsuit is hereby dismissed in its entirety, with prejudice, with the parties to bear their own costs and attorneys' fees.

DATED: This 29th day of September, 2009.

By the Court:

_____
United States District Court Judge

930895.1